## McMAHEN & RIVERS v HINGLER

Ohio Appeals, 9th Dist, Summit Co

No 1952. Decided Jan 6, 1932

Edward N. Heiser, Akron, for plaintiff in error.

Laub & Allen, Akron, for defendant in error.

PER CURIAM:

We hold that the real owner of an automobile, although his bill of sale therefor is not of record, may maintain a suit to recover damages for injury to such automobile against one who agreed with such owner to oil and service the same and by his negligence in failing to do so caused such injury.

Judgment affirmed.

PARDEE, PJ, WASHBURN, J, and FUNK, J, concur.